UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LEWIS, | ) | No. CV 07-04238-R (VBK) |
| Plaintiff, | ) ) | ORDER (1) ACCEPTING AND ADOPTING THE AMENDED REPORT AND |
| v. | ) ) | RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) |
| DERRICK L. OLLISON, et al., | ) | DISMISSING THE COMPLAINT |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Amended Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, with prejudice as to all Defendants.

DATED: July 14, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE