UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM LEWIS, | ) | No. CV 07-04238-R (VBK) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DERRICK L. OLLISON, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action with prejudice as to all Defendants.

DATED: July 14, 2008

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE